DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTONIO HESTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-3604

[November 22, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. 14-009667-CF-10A.

Larry R. Handfield of Law Offices Larry R. Handfield, P.A., Miami, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Allen R. Geesey, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., CONCUR.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***